AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2007 NOV 27 AM 10: 25

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| | CASE NUMBER:  3:91-cr-172-J-20HTS |
| | 3:06-cr-128-J-20HTS |
| v. | USM NUMBER:  11847-039 |
| MERRITT JOHN SMITH, JR. | |
| | Defendant's Attorney: James H. Burke, Jr. (pda) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __One in each case__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New criminal conduct occurring while on supervision. | March 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 27, 2007

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: November 27, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
      Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | MERRITT JOHN SMITH, JR. | Judgment - Page 2 of __ |
| Case No.: | 3:91-cr-172-J-20HTS | |
| | 3:06-cr-128-J-20HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months as to each case, to run concurrently, and to run concurrently with the State sentence (20 years) imposed in Case No. 16-2006-CF-4717-AXXX-MA, Circuit Court, Duval County, Florida.**

    __X__    The Court makes the following recommendations to the Bureau of Prisons:
          **the State institution where the Defendant is currently serving his State sentence.**

    __X__    The defendant is remanded to the custody of the United States Marshal.

    _____    The defendant shall surrender to the United States Marshal for this district:

          ___ at _____ a.m.   p.m.   on _____.

          ___ as notified by the United States Marshal.

    _____    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

          ___ before 2 p.m. on _____.

          ___ as notified by the United States Marshal.

          ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL